EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2005

at 12 o'clock and 36 min. P M.
WALTER A.Y.H. CHINN, CLERK

LODGED

MAR 0 7 2005
10:18 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00496-14 ACK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| GEORGE PUA,        (14) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER FOR DISMISSAL

         Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses the

Indictment against Defendant George Pua ("Defendant Pua") on the

grounds that Defendant Pua was charged and sentenced in an

Information, Cr. No. 04-00435 ACK.  Pursuant to a plea agreement,

the Government agreed to dismiss the charges as to Defendant Pua

in the Indictment for Cr. No. 03-00496 ACK after sentencing.

Defendant Pua was sentenced on February 28, 2005, to time served.   Defendant Pua is currently not in custody.

DATED:   Honolulu, Hawaii, <u>MAR - 7 2005</u>                   .

> EDWARD H. KUBO, JR.
> UNITED STATES ATTORNEY
> District of Hawaii
>
> By _____
>    CHRIS A. THOMAS
>    Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.


ALAN C. KAY

_____
UNITED STATES DISTRICT JUDGE

DATED:   <u>MAR 0 8 2005</u>


<u>United States v. George Pua</u>
Cr. No. 03-00496-14 ACK
"Order for Dismissal"